```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION
```

DEMARIO WALKER, #L1625                                          PLAINTIFF

VERSUS                              CIVIL ACTION NO. 3:08cv275-TSL-JCS

SHERRY NORWOOD, et al.                                         DEFENDANTS

                            <u>FINAL JUDGMENT</u>

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the <u>13th</u> day of February, 2009.

                                    <u>/S/ TOM S. LEE</u>
                                    UNITED STATES DISTRICT JUDGE